**No. 55343.**—City of Paris Dry Goods Co. and Raphael Weill & Co. v. United States, protests 151458-K and 153413-K (San Francisco).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 13, 1951

**No. 55344.**—Hudson Shipping Co., Inc. v. United States, protest 164161-K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55345.**—Leacock & Co., Inc. v. United States, protest 127162-K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55346.**—I. Miller & Sons, Inc. v. United States, protests 159722-K (A) and 159722-K (B) (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55347.**—Wessel, Duval & Co. v. United States, protest 160771-K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55348.**—Margola Spangle & Novelty Co. v. United States, protest 167857-K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55349.**—Westco Liquor Products Co. v. United States, protest 118489-K (Los Angeles).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55350.**—International Selling Corp. v. United States, protest 139970-K (Portland, Oreg.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.